IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY BEATTIE,<br><br>                    Plaintiff,<br><br>    v.<br><br>CITY OF KENNEWICK,<br><br>                    Defendant. | CASE NO. 4:16-cv-05130 LRS<br><br>ORDER OF DISMISSAL |

**ORDER**

Based on the stipulation of dismissal by the parties (ECF No. 36), IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice and without an award of costs or attorneys' fees to any party.

DATED this 2nd day of November, 2017.

*s/Lonny R. Suko*

                                           Lonny R. Suko
                                           Senior United States District Judge